UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHARON GAYNOR,

    Plaintiff,

v.

J.J. MARSHALL & ASSOCIATES, INC.,

    Defendant.

Case No. 1:23-cv-00172-RJJ-RSK

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff, SHARON GAYNOR, and Defendant, J.J. MARSHALL & ASSOCIATES, INC., have reached a settlement of the above-captioned action. Plaintiff anticipates filing a voluntary dismissal of her claims against Defendant, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, within forty-five (45) days.

DATED this 5th day of April 2023.

Respectfully Submitted,

*/s/Taxiarchis Hatzidimitriadis*
Taxiarchis Hatzidimitriadis
CONSUMER LAW PARTNERS, LLC
333 N. Michigan Ave., Suite 1300
Chicago, IL 60601
(267) 422-1000 (phone)
(267) 422-2000 (fax)
teddy@consumerlawpartners.com

*Attorneys for Plaintiff, Sharon Gaynor*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 5, 2023, I electronically filed the foregoing *Notice of Settlement,* with the Clerk of the United States District Court for the Western District of Michigan using the CM/ECF system. Notice of this filing will be sent to all counsel of record via the Court's CM/ECF system.

*/s/ Taxiarchis Hatzidimitriadis*
Taxiarchis Hatzidimitriadis