UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHARON GAYNOR,

    Plaintiff,

v.

                                CASE NO. 1:23-cv-172

                                HON. ROBERT J. JONKER

J.J. MARSHALL & ASSOCIATES, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

On April 5, 2023, the Court issued an order setting a deadline of May 19, 2023, for submission of closing documents. ECF No. 6. On May 18, 2023, the Court denied plaintiff's motion for a 28-day extension to submit settlement documents, but did grant the plaintiff an extension until May 25, 2023. ECF No. 8. The deadline has lapsed with no response and accordingly,

**IT IS ORDERED** this matter is hereby **DISMISSED** without prejudice and without costs.


Dated:   May 30, 2023            /s/ Robert J. Jonker
                                                    ROBERT J. JONKER
                                                    UNITED STATES DISTRICT JUDGE